IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | | |
|---|---|---|
| ANGELA P. ANDERSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:16-cv-02038-JAR-KGG |
| v. | ) | |
| | ) | |
| EQUIFAX INFORMATION | ) | |
| SERVICES, LLC | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Angela P. Anderson, and Defendant Equifax Information Services LLC, file this Stipulation of Dismissal with Prejudice and in support thereof respectfully show the Court as follows:

There are no longer any issues in this matter between Plaintiff Angela P. Anderson and Equifax Information Services LLC to be determined by this Court. The Plaintiff hereby stipulates that all claims or causes of action against Equifax Information Services LLC which were or could have been the subject matter of this lawsuit are hereby dismissed with prejudice, with court costs and fees to be paid by the party incurring same.

Respectfully submitted this 1st day of August, 2018.

/s/ Mark W. Schmitz
Bryce B. Bell KS#20866
Mark W. Schmitz KS#27538
Bell Law, LLC
2600 Grand Blvd., Ste 580
Kansas City, MO 64108
T: 816-886-8206
Fax: 816-816-8500
Email: bbb@BellLawkc.com

Justin M. Baxter (pro hac vice)
Baxter & Baxter, LLP
8835 SW Canyon Lane, Ste. 130
Portland, OR 97225
503-297-9031
Fax: 503-297-9174
Email: justin@baxterlaw.com

A. Scott Waddell KS#20955
Waddell Law Firm LLC
2600 Grand Blvd., Ste 580
Kansas City, MO 64108
T: 816-914-5365
Fax: 816-817-8500
Email: scott@aswlawfirm.com
ATTORNEYS FOR PLAINTIFF

/s/ G. Gabriel Zorogastua

G. Gabriel Zorogastua, KS #23556
Polsinelli, PC
900 W 48th Place, Suite 900
Kansas City, Missouri 64112
Tel: (816) 753-1000
Fax: (816) 753-1536

Lewis P. Perling
King & Spalding LLP - Atlanta
1180 Peachtree Street NE
Atlanta, GA 30309
404-572-3079
Fax: 404-572-3100
Email: lperling@kslaw.com
Admitted Pro Hac Vice
ATTORNEYS FOR DEFENDANT

2

CERTIFICATE OF SERVICE

       The undersigned hereby certifies that a true and accurate copy of the foregoing document was filed with the Court's e-Filing system and thereby served upon all attorneys of record on August 1, 2018.

                                                /s/ Mark W. Schmitz